USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-2-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDIAS GARCIA RAMIREZ,

                Plaintiff,

-against-

51 ST. CAFE CORP. ET AL,

                Defendant.

19-cv-01092 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    October 2, 2019
                New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**